PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| CLEARANCE EDWARD DALLAS, | ) | |
| | ) | CASE NO. 1:20-CV-01720 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | **MEMORANDUM OF OPINION AND ORDER** |
| Defendant. | ) | [Regarding ECF No. 20] |

On October 26, 2021, Magistrate Judge Thomas M. Parker issued a Report and Recommendation that the Commissioner's final decision denying Plaintiff's application for disability insurance benefits be affirmed. *See* ECF No. 20.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a Report and Recommendation within fourteen days of service. *Id*.; Fed. R. Civ. Pro. 72(b)(2). Failure to object within this time waives a party's right to appeal the district court's judgment. *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Absent objection, a district court may adopt a magistrate judge's report without review. *See Thomas*, 474 U.S. at 149.

In the instant case, objections to the Report and Recommendation were due by November

(1:20-CV-01720)

9, 2021.  The Plaintiff has not filed an Objection.

    Accordingly, the Court adopts the Report and Recommendation.  ECF No. 20.


    IT IS SO ORDERED.


| November 19, 2021 | /s/ Benita Y. Pearson |
|---|---|
| Date | Benita Y. Pearson |
|  | United States District Judge |

2